No. 90–5919.  CHANEY v. DEPARTMENT OF VETERANS AF-
FAIRS.  C. A. Fed. Cir.  Certiorari denied.

No. 90–5921.  AIELLO v. WISCONSIN.  Ct. App. Wis.  Certio-
rari denied.

No. 90–5927.  BROWN v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.

No. 90–5937.  LEACH, AKA MARTIN v. MCCAUGHTRY, SUPER-
INTENDENT, WAUPUN CORRECTIONAL INSTITUTION.  C. A. 7th
Cir.  Certiorari denied.

No. 90–5945.  BERMUDAS v. UNITED STATES.  C. A. 9th Cir.
Certiorari denied.

No. 90–5994.  FOE ET AL. v. CUOMO ET AL.  C. A. 2d Cir.
Certiorari denied.

No. 89–1508.  COLORADO INTERSTATE GAS CO. v. NATURAL
GAS PIPE LINE COMPANY OF AMERICA ET AL.  C. A. 10th Cir.
Motion of Public Citizen for leave to file a brief as amicus curiae
granted.  Certiorari denied.

No. 90–485.  WILLIAMS v. PIMA COUNTY, ARIZONA, ET AL.
Ct. App. Ariz.  Certiorari denied.  JUSTICE O'CONNOR took no
part in the consideration or decision of this petition.

No. 90–503.  DAVIS v. AT&T INFORMATION SYSTEMS.  C. A.
5th Cir.  Certiorari denied.  JUSTICE O'CONNOR took no part in
the consideration or decision of this petition.

No. 90–498.  SOUTH CAROLINA v. BUTLER.  Sup. Ct. S. C.
Motion of respondent for leave to proceed in forma pauperis
granted.  Certiorari denied.